# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

    Plaintiff,

v.                                                        Case No.  3:21-cv-564-MMH-MCR

WOUNDED WARRIOR PROJECT,
INC. and ALMAVELEZ DE LOS
SANTOS,

    Defendants.
_____

## O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 31; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on May 4, 2022.  In the Report, Judge Richardson recommends that the Amended Joint Motion for Final Judgment of Discharge and Disbursement of Interpleaded Funds (Dkt. No. 26) be granted; American General be dismissed with prejudice and discharged from liability; Defendants be enjoined from instituting or prosecuting any further proceedings against American General; and the Clerk of the Court be directed to enter a final judgment in this matter.  See Report at 1, 9-10.  No objections to the Report have been filed, and the time for doing so has now passed.

-1-

The Court "may accept, reject, or modify, in whole or in part, the finding or recommendations by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 31) is **ADOPTED** as the opinion of the Court.

2. The Amended Joint Motion for Final Judgment of Discharge and Disbursement of Interpleaded Funds (Dkt. No. 26) is **GRANTED**.

3. American General is **DISMISSED with prejudice** from this action and **DISCHARGED** from any and all liability to Wounded Warrior Project, Inc. and Almavelez de los Santos, and to any person, firm, estate, corporation, or entity on account of or in any way related to Traditional IRA annuity contract number XXXX5011 purchased by Iluminada L. Arenas and/or related to the handling or processing of any claims made under Traditional IRA annuity contract number XXXX5011 purchased by Iluminada L. Arenas.

4. Wounded Warrior Project, Inc. and Almavalez de los Santos and each of their respective attorneys, representatives, successors, assigns, and heirs are permanently **ENJOINED** from instituting or prosecuting against American General any proceeding in any state or United States Court or administrative tribunal relating to the benefits due under Traditional IRA annuity contract number XXXX5011 purchased by Iluminada L. Arenas and the interpleader funds.

5. The Clerk of Court is **DIRECTED** to enter **FINAL JUDGMENT** in favor of Defendant Wounded Warrior Project, Inc., pay the funds deposited into the Court's registry, along with any interest, to Wounded Warrior Project, Inc., and close the file.

6.  Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida, this 25th day of May, 2022.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties